■ ANNE L. SCHAGER et al., Respondents, v DANFORTH DURLAND et al., Defendants, and RICHARD MARCUS et al., Appellants. [730 NYS2d 455] —In an action to recover damages for personal injuries, etc., the defendants Richard Marcus and Marilyn Marcus appeal, as limited by their brief, from so much of an order of the Supreme Court, Westchester County (Nastasi, J.), dated August 12, 2000, as denied their motion to compel the plaintiffs to provide authorizations to obtain certain medical and other records.

Ordered that the order is reversed insofar as appealed from, on the law, with costs, and the motion is granted.

The injured plaintiff placed his physical and mental condition in controversy. The Supreme Court therefore erred in denying the appellants' motion (*see, Prink v Rockefeller Ctr.*, 48 NY2d 309). Ritter, J. P., Altman, McGinity, Smith and Cozier, JJ., concur.

■ MITCHELL J. SILVER, Respondent, v DENNIS S. APFEL, Appellant. [730 NYS2d 456] —In an action to recover damages for dental malpractice, the defendant appeals from an order of the Supreme Court, Kings County (Garson, J.), dated April 2, 2001, which denied his motion for partial summary judgment dismissing the causes of action arising from his treatment of the plaintiff which occurred before March 24, 1997.

Ordered that the order is affirmed, with costs.

There is a factual issue as to whether the defendant provided a continuous course of treatment for the specific condition which gave rise to the instant action (*see,* CPLR 214-a; *Busti-O'Leary v Mancuso*, 258 AD2d 549; *Lee v Goldman*, 255 AD2d 366). Thus, the defendant is not entitled to partial summary judgment dismissing the causes of action arising from his treatment of the plaintiff which occurred before March 24, 1997. O'Brien, J. P., Krausman, Goldstein, Schmidt and Crane, JJ., concur.